# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 28, 2014

147838

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

In re PETITION of OCEANA COUNTY
TREASURER FOR FORECLOSURE

_____

OCEANA COUNTY TREASURER,
          Petitioner-Appellee,

v

WILLIAM H. COON,
          Respondent-Appellant,

and

SCOTT GOYINGS,
          Intervening Party-Appellee.

_____/

SC: 147838
COA: 313197
Oceana CC: 10-008238-CZ

       On order of the Court, the application for leave to appeal the September 4, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 28, 2014



Clerk

p0224